UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASCEND PERFORMANCE MATERIALS OPERATIONS LLC, | § § § | CIVIL ACTION NO. 4:24–cv–00582 |
| Plaintiff, | § § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| RESCAR COMPANIES, | | |
| Defendant. | | |

FIRST AMENDED TRIAL EXHIBIT LIST OF
ASCEND PERFORMANCE MATERIALS OPERATIONS LLC

| No | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1 | Area 461 K/A Oil Phenol Storage and Supply Engineering Flow Diagram dated 5/6/98 (ASCEND-RESCAR-0010740) | | | | |
| 2 | Phenol Data Sheet dated 6/1/99 (BOB-0014) | | | | |
| 3 | Area 442 K/A Oil Phenol Unloading Engineering Flow Diagram dated 8/21/07 (ASCEND-RESCAR-0000275) | | | | |
| 4 | U-1 Data Report dated 4/24/12 (ASCEND-RESCAR-0012638-12639) | | | | |
| 5 | Ascend Services Agreement with Rescar dated 7/1/13 (RESCAR000001-11) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 6 | Ascend Phenol Railcar Unloading SOP dated 11/15/16 (RESCAR000055) | | | | |
| 7 | Catalyst KL 7721-CY3.0 Data Sheet dated 3/5/17 (ASCEND-RESCAR-0000650) | | | | |
| 8 | Rescar Corporate Policies and Procedures for Railway Switching dated 7/27/17 (RESCAR000150-185) | | | | |
| 9 | WITHDRAWN | | | | |
| 10 | Process Overview dated 7/12/19 (ASCEND-RESCAR-0012592-12605) | | | | |
| 11 | Analysis for Finance Dec 23 to Apr 24 - Usages in KGs.xls dated 1/15/20 (ASCEND-RESCAR-0012644) | | | | |
| 12 | P2K 2023 Temperature Data.xlsm dated 3/19/20 (ASCEND-RESCAR-0013207) | | | | |
| 13 | Amendment to Reviver of and Joinder in Services Agreement between Ascend and Rescar dated 9/22/21 (RESCAR000012-29) | | | | |
| 14 | Second Amendment to Services Agreement between Ascend and Rescar dated 1/18/22 (ASCEND-RESCAR-0000047) | | | | |
| 15 | Ascend Pensacola Plant Permit dated 2/16/22 (BOB-0006) | | | | |
| 16 | Email from Matt Mitchell FWD: YM | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Overview email between Faizaan, Tim Dykes, Matt Mitchell, Brian Jeffrey dated 3/1/23 (RESCAR000519-521) | | | | |
| 17 | Email from Lynda Green to John Kennedy, Matt Mitchell, et al. re: Yardmaster Reports & Data dated 5/16/23 (RESCAR000553-554) | | | | |
| 18 | Email from Jeff Schieszler to Matt Mitchell, John Kennedy, Bryan Fish re: Yardmaster / Bourque dated 5/30/23 (RESCAR000445) | | | | |
| 19 | Emails between Faizaan Fatani, Matt Mitchell, Paul Lott, William Bingle, Tim Dykes and Jeremy Wilson re: Yardmaster Reports and Data dated 8/24/23 (ASCEND-RESCAR-0003903) | | | | |
| 20 | Email from William Bingle to Matt Mitchell re: Safety Concerns at PNSD dated 9/6/23 (ASCEND-RESCAR-0013206) | | | | |
| 21 | Email from Jeremy Wilson to Faizaan Fatani and Daniel Rivera II re: Pensacola Rescar - Bourque & Yardmaster dated 10/3/23 (ASCEND-RESCAR-0003902) | | | | |
| 22 | Email from Jeff Schieszler to Matt Mitchell, Michael | | | | |

3

| | | | | | |
|---|---|---|---|---|---|
| | Gibson, Greg Trevel, Marcie Mulholland re: Invoice Supplier Rescar is cancelled dated 10/13/23 (RESCAR000528-536) | | | | |
| 23 | SI Group Certificate of Analysis dated 11/5/23 (ASCEND-RESCAR-0000274) | | | | |
| 24 | Email from Bryan Fish to Jeff Schieszler re: Notification of Cancellation of Services dated 11/8/23 (RESCAR000649-650) | | | | |
| 25 | Release List dated 11/15/23 (RESCAR000079-80) | | | | |
| 26 | Railscale Weigh Tickets dated 11/16/23 (RESCAR000049) | | | | |
| 27 | Scale Logbook dated 11/16/23 (RESCAR000050) | | | | |
| 28 | Liquid distribution shipment instructions, DME railcar inventory dated 11/21/23 (RESCAR000081-86) | | | | |
| 29 | Email from Timothy Dykes to Gregory Garret, Andrew Godwin, et al. FWD: Track Check spreadsheet with attachment dated 11/24/23 (ASCEND-RESCAR-0000719-720) | | | | |
| 30 | Daily Switch Log dated 11/24/23 (RESCAR000043-44) | | | | |
| 31 | Email from Timothy Dykes to Gregory | | | | |

4

| | | | | | |
|---|---|---|---|---|---|
| | Garret, Andrew Godwin, et al. FWD: Track Check spreadsheet dated 11/25/23 (ASCEND-RESCAR-0000723-724) | | | | |
| 32 | Daily Switch Log dated 11/25/23 (RESCAR000045-46) | | | | |
| 33 | Daily Switch Log dated 11/25/23 (RESCAR000047-48) | | | | |
| 34 | Email from James Miller to William Bingle, Tim Dykes re: Car spotted this weekend dated 11/27/23 (ASCEND-RESCAR-0000119-120) | | | | |
| 35 | Email from James Miller to William Bingle, Tim Dykes re: Car spotted this weekend dated 11/27/23 (ASCEND-RESCAR-0004093) | | | | |
| 36 | Tim Dykes Text String dated 11/29/23 (ASCEND-RESCAR-0000070) | | | | |
| 37 | Reactor dp/Saturator Temp Graphic dated 11/30/23 (ASCEND-RESCAR-0012659) | | | | |
| 38 | Tim Dykes Text String dated 12/2/23 (ASCEND-RESCAR-0000121) | | | | |
| 39 | Email from Ernesto Angueira to Zach Leasure re: P2K Catalyst Issues and attaching HRJ-16261_MSDS attaching | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | SI Group Safety Data Sheet HRJ-16261 dated 12/2/23 (ASCEND-RESCAR-0005354-5386) | | | | |
| 40 | Tyler Thompson Employee Statement dated 12/4/23 (ASCEND-RESCAR-0000002) | | | | |
| 41 | Email from Kevin Sanders to Zach Leasure, Othman Mohamed, Roberto Jimenez and PEN Conference Room re: P2K Pd Catalyst dated 12/4/23 (ASCEND-RESCAR-0002832-2833) | | | | |
| 42 | Email from John Cichon to David Prior re: P2K Catalyst Issues dated 12/5/23 (ASCEND-RESCAR-0001044-1048) | | | | |
| 43 | Email from Adam Meister to Matt Mitchell re: Incidents at PNS dated 12/5/23 (RESCAR000417) | | | | |
| 44 | WITHDRAWN | | | | |
| 45 | Incident Investigation Form dated 12/6/23 (RESCAR000051-54) | | | | |
| 46 | Email from Othman Mohamed to Hal McCord and Ben Hardy re: P2K Catalyst Issues dated 12/8/23 (ASCEND-RESCAR-0002837-2845) | | | | |
| 47 | BASF Invoice - Sample KA Oil Purchase dated 12/9/23 (ASCEND-RESCAR-0012671-12675) | | | | |

6

| | | | | | |
|---|---|---|---|---|---|
| 48 | P2K Updates for 12-10 dated 12/10/23 (ASCEND-RESCAR-0005787-5788) | | | | |
| 49 | Email from Tim Dykes to Matt Mitchell re: GATX 66795 Placards dated 12/11/23 (ASCEND-RESCAR-0004411-4414) | | | | |
| 50 | Email from Brian Clancy-Jundt to Othman Mohamed, Zach Leasure, Cedric Corley, Mike Thompson, et al. re: P2K Issues: Some Useful Information dated 12/11/23 (ASCEND-RESCAR-0012636-12637) | | | | |
| 51 | Email from Tim Dykes to William Bingle, Matt Mitchell re: Rescar Weighing Process dated 12/11/23 (RESCAR000420-421) | | | | |
| 52 | Email from Matt Mitchell to William Bingle, Bill Chidester, Dean Rossi re: DOI 11.30.23 770 Pensacola, FL Property Damage Derailment Human Factor Incident Report - SANITIZED VERSION dated 12/12/23 (ASCEND-RESCAR-0013173-13179) | | | | |
| 53 | Email from Matt Mitchell to William Bingle, Bill Chidester, Dean Rossi  FWD: Property Damage | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Report dated 12/12/23 (ASCEND-RESCAR-0013180-13193) | | | | |
| 54 | Shell Catalysts & Technologies Invoice for $677,600 dated 12/13/23 (ASCEND-RESCAR-0000688-689) | | | | |
| 55 | P2K Updates for 12-13 dated 12/13/23 (ASCEND-RESCAR-0006145-6146) | | | | |
| 56 | Email from Matt Mitchell to Tim Hammitt, Greg Trevel re: Track Sheets and attachment dated 12/14/23 (ASCEND-RESCAR-0000087-108) | | | | |
| 57 | Calendar Invite from Tim Hammitt to Matt Mitchell et al. re: Rescar: Spotting Incident at Phenol Rack dated 12/14/23 (ASCEND-RESCAR-0003378-3383) | | | | |
| 58 | Email from William Bingle to Tim Dykes re: Car spotted this weekend dated 12/14/23 (ASCEND-RESCAR-0004274-4275) | | | | |
| 59 | P2K Updates for 12-14 dated 12/14/23 (ASCEND-RESCAR-0009728) | | | | |
| 60 | P2K Updates for 12-15 dated 12/15/23 (ASCEND-RESCAR-0010398) | | | | |
| 61 | P2K Updates for 12-16 dated 12/16/23 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | (ASCEND-RESCAR-0009734) | | | | |
| 62 | Tim Dykes statement re: Cel railcar incident. dated 12/17/23 (ASCEND-RESCAR-0000067) | | | | |
| 63 | P2K Updates for 12-17 dated 12/17/23 (ASCEND-RESCAR-0005906) | | | | |
| 64 | Email from Matt Mitchell to himself FWD: 11-24-2023 Switch Log dated 12/20/23 (RESCAR000402-413) | | | | |
| 65 | WITHDRAWN | | | | |
| 66 | Payment Notifications for Commodity Transactions from Wells Fargo dated 1/5/24 (ASCEND-RESCAR-0000695-707) | | | | |
| 67 | P2K Timeline Slide dated 2/14/24 (ASCEND-RESCAR-0000071-72) | | | | |
| 68 | P2K March 2024.xls dated 3/1/24 (ASCEND-RESCAR-0000566) | | | | |
| 69 | Email from John Cichon to Kevin Sanders, Ben Hardy, Zach Leasure, et al. re: P2K Update dated 3/3/24 (ASCEND-RESCAR-0005917-5957) | | | | |
| 70 | Shell Catalysts & Technologies KL7721-CY 3.0mm Charge #3 Loading and Start-up Report dated 3/14/24 (ASCEND-RESCAR-0001371-1391) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 71 | KA Phenol Purchases.xls dated 4/24/24 (ASCEND-RESCAR-0000621) | | | | |
| 72 | KA Oil Purchases.xls dated 4/24/24 (ASCEND-RESCAR-0000622) | | | | |
| 73 | Email from Cheri Frederick to Mike Thompson and Thomas Williams re: P2K Contamination Yield Penalty and attaching Analysis for Finance Dec 23 to Apr 24 - Usages.xlsx dated 4/24/24 (ASCEND-RESCAR-0000624) | | | | |
| 74 | Analysis for Finance Dec. 23 to Apr. 24 - Usages.xlsx dated 4/24/24 (ASCEND-RESCAR-0000625) | | | | |
| 75 | P2K Outage (C. Frederick 12-12-204).xls dated 4/24/24 (ASCEND-RESCAR-0010417) | | | | |
| 76 | Email from Cheri Frederick to Thomas Williams attaching Phenol Rent and Cleaning Invoices dated 4/24/24 (ASCEND-RESCAR-0000337-620) | | | | |
| 77 | Nylon Feedstock Purchases.xls dated 5/10/24 (ASCEND-RESCAR-0000623) | | | | |
| 78 | Dana Corrected Invoices dated 5/23/24 (ASCEND-RESCAR-0000675-677) | | | | |

| 79 | Heraeus Invoices dated 6/5/24 (ASCEND-RESCAR-0000682-687) | | | | |
| 80 | Mastermelt Invoice for $38,309.80 dated 9/27/24 (ASCEND-RESCAR-0000681) | | | | |
| 81 | WITHDRAWN | | | | |
| 82 | P2K Claim customer detail.xls dated 10/18/24 (ASCEND-RESCAR-0000708) | | | | |
| 83 | Dana Invoice 1925882B dated 10/24/24 (ASCEND-RESCAR-0000690-691) | | | | |
| 84 | P2K April 2024 - Updated 10-30-2024 dated 10/30/24 (ASCEND-RESCAR-0000680) | | | | |
| 85 | WITHDRAWN | | | | |
| 86 | Lease Summary P2K Damages Claim (11-12-24) dated 11/12/24 (ASCEND-RESCAR-0000692-693) | | | | |
| 87 | Lease Summary P2K Invoices dated 11/14/24 (ASCEND-RESCAR-0000694) | | | | |
| 88 | Detail from POs.xls dated 12/4/24 (ASCEND-RESCAR-0010415) | | | | |
| 89 | P2K Lawsuit order 14069355.xls dated 12/4/24 (ASCEND-RESCAR-0010416) | | | | |
| 90 | P2K Lawsuit order 14069355 v2 12122024.xls dated 12/12/24 (ASCEND-RESCAR-0012728) | | | | |

| 91 | Analysis for Finance Dec 23 to Apr 24 - Usages.xls dated 12/13/24 (ASCEND-RESCAR-0010418) | | | | |
|---|---|---|---|---|---|
| 92 | Excess Costs Samples.xls dated 12/13/24 (ASCEND-RESCAR-0010468) | | | | |
| 93 | Cost Objects 2022.xls dated 12/13/24 (ASCEND-RESCAR-0012585) | | | | |
| 94 | Exchange Rates.xls dated 1/6/25 (ASCEND-RESCAR-0012641) | | | | |
| 95 | Google Earth photo of Phenol Loading/Steaming - Birds Eye View of 442 dated 1/7/25 (ASCEND-RESCAR-0012586) | | | | |
| 96 | Photos of sample comparison dated 1/14/25 (ASCEND-RESCAR-0012609) | | | | |
| 97 | FOS Exchange Rates.xls dated 1/15/25 (ASCEND-RESCAR-0012642) | | | | |
| 98 | Dry to Wet.xls dated 1/15/25 (ASCEND-RESCAR-0012643) | | | | |
| 99 | Adipic Acid and Nylon 6 6 process dated 1/17/25 (ASCEND-RESCAR-0012645) | | | | |
| 100 | P2K Contamination Impact Diagram dated 1/17/25 (ASCEND-RESCAR-0012646) | | | | |
| 101 | Phenol Incident PowerPoint - Site Usage View dated 1/17/25 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | (ASCEND-RESCAR-0012647-12650) | | | | |
| 102 | P2KSERVICEPOs Sample.xls dated 1/21/25 (ASCEND-RESCAR-0012729) | | | | |
| 103 | Credit Memo dated 8/1/25 (ASCEND-RESCAR-0013268) | | | | |
| 104 | Adipic Acid Volume Comparison (ASCEND-RESCAR-0010419) | | | | |
| 104 A | Adipic Acid Volume Comparison (Solomon Depo. Ex. 77) | | | | |
| 104 B | Nylon Volume Comparison (Solomon Depo. Ex. 78) | | | | |
| 105 | Rescar LinkedIn page (BOB-0003) | | | | |
| 106 | Rescar Webpage (BOB-0004) | | | | |
| 107 | WITHDRAWN | | | | |
| 108 | AdvanSix Invoices (ASCEND-RESCAR-0010420-10449; ASCEND-RESCAR-0010456-10467; ASCEND-RESCAR-0012388-12392; ASCEND-RESCAR-0012661-12665; ASCEND-RESCAR-0012716-12720) | | | | |
| 109 | Invista Invoices (ASCEND-RESCAR-0010450-10455; ASCEND-RESCAR-0012678-12682; ASCEND-RESCAR-0012689-12694; ASCEND-RESCAR-0012698-12715; | | | | |

13

| | | | | | |
|---|---|---|---|---|---|
| | ASCEND-RESCAR-0012721-12726) | | | | |
| 110 | Radici Group Invoices (ASCEND-RESCAR-0012666-12670; ASCEND-RESCAR-0012676-12677; ASCEND-RESCAR-0012683-12688; ASCEND-RESCAR-0012695-12697) | | | | |
| 111 | Figure 1 from Saul Solomon's Expert Report | | | | |
| 111 B | WITHDRAWN | | | | |
| 111 C | WITHDRAWN | | | | |
| 111 D | WITHDRAWN | | | | |
| 111 E | WITHDRAWN | | | | |
| 111 F | WITHDRAWN | | | | |
| 111 G | WITHDRAWN | | | | |
| 111 H | WITHDRAWN | | | | |
| 111 I | WITHDRAWN | | | | |
| 111 J | WITHDRAWN | | | | |
| 111 K | WITHDRAWN | | | | |
| 111 L | WITHDRAWN | | | | |
| 111 M | WITHDRAWN | | | | |
| 112 | Handwritten note by Austin Wise (ASCEND-RESCAR-0000069) | | | | |
| 113 | Photo of catalyst (ASCEND-RESCAR-0003669) | | | | |

| 114 | 12/2/2023 Weigh Ticket (ASCEND-RESCAR-0004229) | | | | |
| --- | --- | --- | --- | --- | --- |
| 115 | 11/28/2023 Weight Log (ASCEND-RESCAR-0004230) | | | | |
| 116 | 11/16/2023 Weight Log (ASCEND-RESCAR-0004231) | | | | |
| 117 | Saturator Control Graphic (ASCEND-RESCAR-0012658) | | | | |
| 118 | Graphic for Level Controller LC1025 (ASCEND-RESCAR-0012660) | | | | |
| 119 | Reactor Photos (ASCEND-RESCAR-0013208-13212) | | | | |
| 120 | Various Site Photos (ASCEND-RESCAR-0013272; 13278; 13283; 13284; 13285; 13295; 13300 and 13305) | | | | |
| 121 | Ascend Notice of Claim dated 12/22/2023 (RESCAR000095; Dykes Ex. 27) | | | | |
| 122 | Text string between Tim Dykes and Brandon Bingle (ASCEND-RESCAR-0003892-3896) | | | | |
| 123 | Email to Brian Clancy-Jundt re P2K Thoughts and Ideas (ASCEND-RESCAR-0005884-5887) | | | | |
| 124 | 12/11/2023 Email to Othman Mohamed and others re: P2K Issues (ASCEND-RESCAR-0001308-1309) | | | | |
| 125 | 12/2/2023 Email from Othman Mohamed to Brian Clancy-Jundt and | | | | |

15

| | | | | | |
|---|---|---|---|---|---|
| | others re: P2K Rx Performance (ASCEND-RESCAR-0001367-1369) | | | | |
| 126 | 12/5/2023 Email from Xiaodong Liu to Brian Clancy-Jundt attaching P2K Catalyst Contamination-TGA study (ASCEND-RESCAR-0001414-1418) | | | | |

Respectfully submitted,

/s/ Geoffrey H. Bracken
Geoffrey H. Bracken
Texas Bar No. 02809750
gbracken@foley.com
Jill M. Hale
Texas Bar No. 24090141
jhale@foley.com
Shane McDonald
Texas Bar No. 24092797
smcdonald@foley.com
Paula Toro
Texas Bar No. 24115865
ptoro@foley.com
Foley & Lardner LLP
1000 Louisiana St., Suite 2000
Houston, Texas 77002-5011
Telephone:  (713) 276-5500
Facsimile:  (713) 276-5555

**Attorneys for Plaintiff**
**Ascend Performance**
**Materials Operations LLC**